BETSEY POST, Respondent, *v.* LEONIDAS B. BENCHLEY et al.,
Appellants.

(Submitted October 2, 1888; decided October 9, 1888.)

MOTION to dismiss appeal from order of the General Term
of the Supreme Court in the fifth judicial department, made
April 14, 1888, which affirmed an interlocutory judgment
herein.

*W. H. Shuart* for motion.

*Smith & Steel* opposed.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

WILLIAM B. SMYTH, Appellant, *v.* GEORGE W. M. STURGESS,
Respondent.

(Submitted October 2, 1888; decided October 9, 1888.)

MOTION upon order to show cause, granted under section
1298 of the Code of Civil Procedure, why the judgment
appealed from herein should not be affirmed.

After the appeal and before decision the appellant died.
Without knowledge of this fact the case was decided.
(See 108 N. Y. 495.)

*J. Julius Langbein* for motion.

Agree to grant motion; no opinion.
All concur.
Judgment affirmed.